United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 97-4299SD

_____

United States of America,      *

                                     *

          Appellee,     *     Appeal from the United States

                                     *     District Court for the District

     v.                        *     of South Dakota.

                                     *

Daniel Ross Schaeffer,     *        [UNPUBLISHED]

                                     *

          Appellant.     *

_____

Submitted:  May 13, 1998
Filed:  May 21, 1998

_____

Before RICHARD S. ARNOLD, JOHN R. GIBSON, and FAGG, Circuit Judge.

_____

PER CURIAM.

Daniel Ross Schaeffer was convicted of conspiracy to distribute methamphetamine. Schaeffer now appeals claiming (1) the district court committed error in refusing to suppress incriminating evidence seized during postarrest and inventory searches of his motor vehicle, (2) the district court committed error in admitting certain evidence, (3) the district court committed error in refusing to give Schaeffer's proposed entrapment and mistake of fact instructions, and (4) the Government produced insufficient evidence to support the jury's verdict. Schaeffer also raises several arguments about his sentence. After a review of the record and the parties' submissions and oral argument, we conclude the district court correctly

resolved each of Schaeffer's claims.  Because the appeal involves the straightforward application of settled principles of law, a discussion of the issues will serve no useful purpose.  We  are satisfied that no error of law appears and that none of the district court's sentence-related findings are clearly erroneous.  We thus affirm Schaeffer's conviction and sentence.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.